1  GREEN & HALL, A Professional Corporation
   HOWARD D. HALL, State Bar No. 145024
2    *hdhall@greenhall.com*
   JERED T. EDE, State Bar No. 273440
3    *jede@greenhall.com*
   1851 East First Street, 10th Floor
4  Santa Ana, California 92705-4052                    closed
   Telephone: (714) 918-7000
5  Facsimile: (714) 918-6996

6  Attorneys for Defendant
   NATIONSTAR MORTGAGE LLC
7

8                    **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| 10  MARION MCNIFF, an individual, | CASE NO.   2:16-cv-00501-JFW (Ex) |
| 11          Plaintiff, | JUDGE:   Hon. John F. Walter |
|  | CTRM.:    16 |
| 12          vs. | **JUDGMENT** |
| 13  BANK OF AMERICA, N.A., a Delaware Corporation; | Action Filed: January 22, 2016 |
| 14  COUNTRYWIDE FINANCIAL CORPORATION, a Delaware | Trial Date:   None Set |
| 15  Corporation; NATIONSTAR MORTGAGE, L.L.C., a Delaware |  |
| 16  Limited Liability Company; and DOES 1 through 100, inclusive, |  |
| 17          Defendants. |  |

        This Court, having dismissed this action on April 11, 2016, enters judgment as follows:

        1.      Judgment is entered in favor of Defendants and against Plaintiff such that Plaintiff shall recover nothing against Defendants.

DATED: April 22, 2016

                                                        _____
                                                        Hon. John F. Walter
                                                        District Court Judge

Case No. 8:15-cv-01129-CJC-DFM

JUDGMENT

S:\JFW\CIVIL CASES\McKniff, Marion 16-501\Judgment.docx